In The United States District Court
For The District of South Carolina;

Stephen J. Green # 259765          Declaration of
         Plaintiff;                 Stephen J. Green
   V.                               c/a # 0:22-cv-01634-SAL-PJG
(Director) Brian Stirling, et. al
         Defendant(s);

Plaintiff now movies this Court by way of "Declaration" that This Court deny Defendant(s) "Motion For Summary Judgment" under Rule 56(F) of Federal Rules of Civil Procedure, For The Following Reasons;

   I Stephen J. Green # 259765 here by declares: I have Several motions concerning deposition(s) of both Staff, Witness(es) an Inmates alike that this Court has yet to Rule and or decide; It is my belief that these Depositions will bolster (plaintiff's) my legal possition and or Claims alowing for the Submission of Evidence that would be other wise Undiscoverable. I have Submitted Motion(s) Concerning these depositions to this Court pryer to Receiving defendants "Motion For Summary Judgement," In way of the Following.
(1) Motion For Enlargment, (November 15, 2022); (2) Motion To Depose Inmate, (November 17, 2022); (3) Motion/Reply To

Defendants Response To Request For Mental Examination, (November 17, 2022); (4) Motion / Reply To Defendants Response To Plaintiff's Motion For Deposition by Oral Examination. (November 18, 2022); Note all the above dates are postage dates.

It is my belief that the requested depositions will provide witness testimony essential to my claims, as well I have provided this court with evidence included in said motion, by way of documents that show this court, the defendants have actively been interfearing with my ability to obtain affidavits, and statements by confiscating my witness(es) affidavits, an statements, and charging me with Contraband.

It is also my belief that my request for mental examination should be granted, and will show mental illness(es) not diagnosed and or treated by defendants, in the form of "Hyper Religiosity" and or some similar term used by the American Psychiatric Association which is treated in some of the same or similar ways as "Gender Dysphoria" or "Gender Identity Disorder," and that I am denied said similar treatment by mental health with in SCDC.

I have likewise included evidence with said motion for mental examination in the form of documentation, and said documentation "Mental Health Reports and Notes" show that even defendants own mental health

Personnel noted, the need for a full mental evaluation, and that Security denied that treatment and/or evaluation.

I have been making efforts before the Defendants filed for Summary Judgment to secure depositions of witness(es) and staff alike, as well I have been seeking the courts involvement in securing a "Full Mental Examination" as suggested by Defendant's own Mental Health professionals. If this court does not deny defendants Motion for Summary Judgement, under Rule 56(f) of F.R. Civ. P. because "Discovery" is not yet complete, with the afore said motions having yet to be decided; I would as this court grant a "Continuance", extending the response due date from 12/19/2022 to 1/19/2023 allowing for time to discover the out comes of said motions pending with this court and conclude discovery.

In event this court grants plaintiff's pending motions, I would request defendants motion for Summary Judgment commence when the purpose of said motions, be it Deposition(s) or Mental Examination is concluded.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Perry Correctional Institution. On Nov. 22, 2022.

Stephen J. Creigh 259760
430 Oak Lawn Rd.
Pelzer, S.C. 29669
Nov. 22, 2022